[Nos. 24979-4-III; 27549-3-III.   Division Three.   April 22, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN PETE BURR, *Appellant*.

Appeals from a judgment of the Superior Court for Spokane County, No. 05-1-03432-8, Jerome J. Leveque, J., entered February 24, 2006. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, C.J., and Sweeney, J.

[No. 27522-1-III.   Division Three.   April 22, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MELANIE CAMPOS, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 08-1-00053-1, Michael E. Cooper, J., entered September 29, 2008. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Brown and Korsmo, JJ.

[No. 27627-9-III.   Division Three.   April 22, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MILES BARTON NICHOLS, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 08-1-00477-9, Vic L. VanderSchoor, J., entered November 5, 2008. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown, A.C.J., and Korsmo, J.

[No. 27628-7-III.   Division Three.   April 22, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MILES BARTON NICHOLS, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 08-1-00555-4, Vic L. VanderSchoor, J., entered November 5, 2008. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown, A.C.J., and Korsmo, J.